### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

**ALLEN L. RINGGOLD,** *et ux.*          *

      **Plaintiffs**          *

      **v.**          *          **CIVIL CASE NO.  JKB-12-3399**

**FEDERAL NATIONAL MORTGAGE**          *
**ASSOCIATION,** *et al.*
                *

      **Defendants**
*     *     *     *     *     *     *     *     *     *     *     *

### <u>MEMORANDUM</u>

The Defendant has filed a Motion to Dismiss (ECF No. 7).  The Plaintiffs have filed a response which is largely incoherent. (ECF No. 9).  The Complaint fails to state claims to relief that are plausible on their face.  Therefore, they are subject to dismissal.  *Ashcroft v. Iqbal,* 129 S. Ct. 1937, 1953 (2009).  The Plaintiffs have failed to allege a possessory or constructive interest in the subject property, and therefore have failed to allege an essential element of a Maryland quiet title action.  Further, even if the Court were to infer an allegation of actual or constructive possession of the premises from the Plaintiff's contention of "ownership" of the premises, the Complaint otherwise fails to allege facts making liability in FNMA "plausible".  Further, the Complaint seems to be primarily directed at other entities, none of which are named as defendants in this action.

Accordingly, the Complaint fails to state a claim upon which relief may be granted.  Dismissal will be granted by separate order.  The pending Motion to Remand (ECF No. 10) is rendered MOOT and therefore will be DENIED.

DATED this <u>15th</u> day of January, 2013.

                                            BY THE COURT:

                                     _____
                                           /s/

                                      James K. Bredar
                                      United States District Judge